United States Bankruptcy Court

Eastern District of New York

In re:                                                                                    Case No. 23-43691-jmm

Showfields NY 2 LLC                                                          Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1                          User: admin                                    Page 1 of 3

Date Rcvd: Oct 17, 2023                    Form ID: 228                              Total Noticed: 61

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Showfields NY 2 LLC, 187 Kent Avenue, Brooklyn, NY 11249-3471 |
| 10254191 | | ADT Commercial LLC, PO Box 872987, Kansas City, MO 64187-2987 |
| 10254193 | + | AJ Equity Group LLC, 1648 61st Street, Brooklyn, NY 11204-2109 |
| 10254192 | + | Air Aroma USA, Dist LLC, 251 W 39th St, Fl 8, New York, NY 10018-0771 |
| 10254194 | + | All Pro Handyman, Services, 75-40 61st St., Ridgewood, NY 11385-6124 |
| 10254195 | | American Traffic Informat, 336 Pulaski Avenue, Staten Island, NY 10303-2632 |
| 10254196 | + | CFG, 180 Maiden Lane, Suite 1502, New York, NY 10038-4925 |
| 10254199 | + | CW Realty Property Mangmt, 16 Waverly Avenue, Brooklyn, NY 11205-1216 |
| 10254201 | + | CW Realty Property Mgmt, 16 Waverly Avenue, Brooklyn, NY 11205-1216 |
| 10254197 | + | Color X Inc., 866 6th Avenue, 6th Fl, New York, NY 10001-4165 |
| 10254198 | + | Complete Office, Interiors, Inc., 91 Broadhollow Rd, Melville, NY 11747-2503 |
| 10254202 | + | Dallas Mitchell, 661 Celveland St, Brooklyn, NY 11208-3507 |
| 10254203 | + | Duggal, 63 Flushing Avenue, Brooklyn, NY 11205-1069 |
| 10254205 | + | Francesca Alfano, Nutrition LLC, 99 Hudson Street, 5th Floor, PMB 6043, New York, NY 10013-2815 |
| 10254206 | + | Galen Patrick DeKemper, 35 Orchard Street, Apt. #2, New York, NY 10002-6177 |
| 10254207 | + | Grace Freyre, 295 Greenwich St., Apt. 2EN, New York, NY 10007-1049 |
| 10254210 | + | HWG Group LLC, 25 Cleveland Pl, New York, NY 10012-4055 |
| 10254208 | + | Hanbenz Art, LLC, 528 East 13th Street, #4C, New York, NY 10009-3556 |
| 10254209 | + | Heydirtboogie, 258 4th Ave, Brooklyn, NY 11215-1051 |
| 10254211 | + | Illustration (USA) Inc., 1170 Tree Swallow Drive, #319, Winter Springs, FL 32708-2826 |
| 10254213 | + | Joann Jimenez, 6420 Saunders Street, Apt. A18, Rego Park, NY 11374-3207 |
| 10254214 | | Julie Weinstock, 237 E 59th Street, Apt. 5D, New York, NY 10022 |
| 10254215 | + | Jung K. Griffin, 43-16 42nd Street, #3R, Sunnyside, NY 11104-2810 |
| 10254216 | + | Khalia Hayslett, c/o Parker Hanksi LLC, 40 Worth Street, Suite 602, New York, NY 10013-3094 |
| 10254217 | + | La Dolce Vita Events, 465 Parker Street, Newark, NJ 07104-1419 |
| 10254218 | + | Lightwave Technologies, Inc., 94 Hills Station Road, Southampton, NY 11968-3727 |
| 10254219 | + | Lionnel Bumbakini, 148 Patchen Ave, Apt. 4R, Brooklyn, NY 11221-5518 |
| 10254220 | + | MCC Contractor LLC, 515 Madison Avenue, Suite 14B, New York, NY 10022-5494 |
| 10254221 | + | Melio, 124 E 14th Street, New York, NY 10003-4170 |
| 10254222 | | Monte Art Collection, LLC, 2756 PA-737, Kempton, PA 19529 |
| 10254224 | + | Oksana Borodina, 293 Central Park West, Apt. 6E, New York, NY 10024-3066 |
| 10254225 | + | Premium Electric Inc., 34-27 28th Avenue, Astoria, NY 11103-4914 |
| 10254231 | + | RSM, 461 From Road, Suite 255, Paramus, NJ 07652-3526 |
| 10254226 | #+ | Rachel Cassidy, 202 E 13th St., Apt. 3b, New York, NY 10003-5686 |
| 10254227 | + | Raina, 100 Maspeth Ave, Suite 2C, Brooklyn, NY 11211-2564 |
| 10254228 | + | Raptor Mechanical Inc., 4816 70th St., Woodside, NY 11377-6017 |
| 10254229 | #+ | Retailnext Inc., 60 S Market St, Ste 1000, San Jose, CA 95113-2336 |
| 10254230 | + | Royal Magic, 74 Farrell Court, Staten Island, NY 10306-2085 |
| 10254232 | + | Savanna Bell Stevens, 11 Stuyvesant Oval, Apt. 7F, New York, NY 10009-2005 |
| 10254233 | + | Ship Essential, 25 W. 39th Street, New York, NY 10018-3805 |
| 10254235 | + | Signz, 727 Park Avenue, Brooklyn, NY 11206-5210 |

| | | |
|---|---|---|
| 10254236 | | Social Supply, 1385 Hydrangea Court, Woodbridge, VA 22193 |
| 10254237 | + | Stern Environmental, Group LLC, 30 Seaview Dr, Secaucus, NJ 07094-1826 |
| 10254238 | + | Taylor Print & Visual, Impressions Inc., 180 East Union Ave, East Rutherford, NJ 07073-2124 |
| 10254239 | + | The Editorial Nail Inc., 1661 Nostrand Ave, Apt. 2R, Brooklyn, NY 11226-5596 |
| 10254240 | + | The Law Offices of Steven, Zakharyayev, LLC, 10 W 37th St., 6th Floor, New York, NY 10018-7481 |
| 10254242 | | Vida Signs, 25 Canal St., New York, NY 10002-6380 |
| 10254243 | + | Warren Kalyan PLLC, 1011 Westlake Drive, Austin, TX 78746-4511 |
| 10254244 | + | Waste Connections, 2630 Park Avenue, Bronx, NY 10451-6015 |
| 10254245 | + | Waste Connections of, New York Inc., 3 Waterway Square Place, Suite 110, Spring, TX 77380-3488 |
| 10254246 | + | World Class Contracting, Group, 56-10 Grand Ave, Maspeth, NY 11378-3116 |
| 10254247 | + | XR Group Corp., 2720 Yates Ave, Apt. 1F, Bronx, NY 10469-5331 |
| 10254248 | + | ZIMT Media LLC, 430 Zamora Avenue, Miami, FL 33134-3821 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 17 2023 18:21:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | + | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 17 2023 18:21:00 | NYC Department of Finance, 345 Adams Street, Office of Legal Affairs, Brooklyn, NY 11201-3775 |
| smg | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Oct 17 2023 18:21:00 | NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 |
| smg | + | Email/Text: labor.sm.ui.bankruptcy@labor.ny.gov | Oct 17 2023 18:21:00 | NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 |
| smg | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Oct 17 2023 18:21:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn), Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, NY 10004-1415 |
| smg | + | Email/Text: karen.brown@treasury.gov | Oct 17 2023 18:21:00 | United States of America, Secretary of the Treasury, 15th Street & Pennsylvania Ave. NW, Washington, DC 20220-0001 |
| 10254223 | | Email/Text: DOFBankruptcy@finance.nyc.gov | Oct 17 2023 18:21:00 | NYC Department of Finance, 59 Maiden Lane, 19th Floor, New York, NY 10038-4502 |
| 10254241 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 17 2023 18:21:00 | Verizon, PO Box 15124, Albany, NY 12212-5124 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 10254200 | *+ | CW Realty Property Mangmt, 16 Waverly Avenue, Brooklyn, NY 11205-1216 |
| 10254212 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, US Dept of Treasury, Philadelphia, PA 19255-1498 |
| 10254234 | *+ | Ship Essential, 25 W. 39th St., New York, NY 10018-3805 |
| 10254204 | ##+ | Duncan McLeod, 229 Jefferson Street, Brooklyn, NY 11237-2070 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023                     Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| Rachel S. Blumenfeld | on behalf of Debtor Showfields NY 2 LLC rachel@blumenfeldbankruptcy.com |
| Yann Geron, Esq. | ygeron@geronlegaladvisors.com  nsantucci@geronlegaladvisors.com;jlitos@geronlegaladvisors.com |

TOTAL: 3

| | |
|---|---|
| **Information to identify the case:** | |
| Debtor    Showfields NY 2 LLC | EIN: 87–3521420 |
| Name | |
| United States Bankruptcy Court    Eastern District of New York | Date case filed for chapter:    11    10/11/23 |
| Case number:    1–23–43691–jmm | |

## NOTICE OF CONSOLIDATION WITH AMENDED CAPTION

**NOTICE IS HEREBY GIVEN THAT:**

The above–captioned debtor(s) having filed a petition under Chapter 11 of the United States Bankruptcy Code on October 11, 2023, and an order having been signed by the Honorable Jil Mazer–Marino on October 16, 2023, Jointly Administering the case and amending the case.

**The caption is amended as set forth below:**

IN RE:

SHOWFIELDS, INC., et al.,

                                                             CHAPTER: 11

           DEBTOR(s)

☑    An order has been entered consolidating these Chapter 11 cases for **Procedural Purposes Only** and providing for its joint administration. All further original docket entries shall be made on the Lead Case: **23–43643–JMM** except for schedules, claims, claim motions, claim orders and adversary proceedings. Operating reports should be docketed on the **Lead Case** with a notation in the text window as to which case it relates to. If the cases are Chapter 11, the Chapter 11 Plan and Disclosure Statement should be docketed on each individual case.

☑    An order has been entered **Substantively** consolidating these Chapter 11 cases and providing for their joint administration. All further docket entries and proof of claims, shall be made on the lead case docket number: **23–43643–JMM.**

Dated: October 16, 2023

                                 For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLacc1d2.jsp** [Notice of Consolidation with Amended Caption rev. 07/09/18]